**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ROBERT RAY COFFMAN                                                                                            PLAINTIFF

v.                                            NO. 4:12CV00355 JLH-BD

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                                            DEFENDANT

### **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 27th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE